# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMAL DIUNUGALA,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF CONSERVATION, DIVISION OF OIL, GAS, AND GEOTHERMAL RESOURCES,<br>　　　Defendant. | No. CV 16-3530 DSF (JEMx)<br><br>JUDGMENT |

　　The Court having GRANTED the Department of Conservation, Division of Oil, Gas, and Geothermal Resources' Motion for Summary Judgment,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, and that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  October 12, 2018

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　United States District Judge